UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL SPAULDING, | No. 2:22-cv-0592 JAM DB |
| Plaintiff, | |
| v. | ORDER |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Cheryl Spaulding commenced this action through counsel on April 1, 2022, by filing a complaint and a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 1 & 2.) On April 4, 2022, the assigned District Judge referred the motion to proceed in forma pauperis to the undersigned. (ECF No. 3.) Plaintiff's in forma pauperis application makes the financial showing required by 28 U.S.C. § 1915(a)(1).

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 1, 2022 motion to proceed in forma pauperis (ECF No. 2) is granted.

DATED: April 12, 2022      /s/ DEBORAH BARNES
                           UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/spaulding0592.ifp.ord

1